UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE FISHING RIGHTS ALLIANCE, INC.,

        Plaintiff,

v.                                                 Case No. 8:05-cv-1573-T-24MAP

CARLOS GUTIERREZ, in his official
capacity as Secretary of the United States
Department of Commerce; THE NATIONAL
OCEANIC AND ATMOSPHERIC
ADMINISTRATION; and THE NATIONAL
MARINE FISHERIES SERVICE,

        Defendants.
_____/

## **O R D E R**

This cause comes before the Court on its own. The Court notes that Plaintiff and Defendants advise that there are related cases, <u>Coastal Conservation Ass'n v. Gutierrez, et al.</u>, Case No. 2:05-cv-400-JES-DFN, pending before the Honorable John E. Steele in the Ft. Meyers Division of the Middle District of Florida, and <u>Wisner v. Department of Commerce, et al.</u>, Case No. 8:05-cv-1554-T-17MSS, pending before the Honorable Elizabeth Kovachevich, which involve common questions of law or fact as the instant case.

Because this case involves questions of law or fact common to those in <u>Coastal Conservation Ass'n v. Gutierrez, et al.</u>, Case No. 2:05-cv-400-JES-DFN, currently pending before the Honorable John E. Steele this cause is hereby **TRANSFERRED** to Judge Steele in the Ft. Meyers Division of the Middle District of Florida, with his consent, for all further proceeding pursuant to Local Rule 1.04(b), M.D. Fla.

**DONE AND ORDERED** at Tampa, Florida, this 31st day of August, 2005.

                                             *Susan C. Bucklew*
                                             SUSAN C. BUCKLEW
                                             United States District Judge

Copies to:

The Honorable John E. Steele
All Parties and Counsel of Record